SEDGWICK LLP
MICHAEL HEALY, State Bar No. 95098
*michael.healy@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone:  415.781.7900
Facsimile:  415.781.2635

SEDGWICK, LLP
DEBORAH L. O'CONNOR, State Bar No. 155760
*deborah.oconnor@sedgwicklaw.com*
2020 Main Street, Suite 1100
Irvine, CA 92614-8234
Telephone: 949.852.8200
Facsimile: 877.546.3920

JS-6

Attorneys for Defendant. DEPUY SYNTHES PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JUSTIN GONZALEZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>DEPUY SYNTHES PRODUCTS, INC.; and DOES 1 through 20, inclusive,<br><br>                    Defendant. | Case No. 8:17−cv−01082 JVS (DFMx)<br><br>[Hon. James V. Selna]<br>[Magistrate Judge Douglas F. McCormick]<br><br>**ORDER APPROVING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date:          August 21, 2018 |

The Joint Stipulation for Dismissal with Prejudice is approved.  The entire action is hereby dismissed with prejudice.


Dated:   December 15, 2017

Honorable James V. Selna
United States District Court